<u>INITIAL CONFERENCE QUESTIONNAIRE</u>

| | | |
|---|---|---|
| 1. | Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): | **September 14, 2020** |
| 2. | Deadline for first request for production of documents request for interrogatories:  **Sept. 28, 2020** | |
| 2(a). | Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: | plaintiff(s) **none**; defendant(s) **none** |
| 3. | Date for completion of any joinder of additional parties and amendment of the pleadings: | **Nov. 13, 2020** |
| 3(a). | Number of proposed additional parties to be joined, if any, by: | plaintiff(s) __; defendant(s) ___ |
| 4. | Number of depositions by plaintiff(s) of: | Parties **1**; non-parties: **1** |
| 5. | Number of depositions by defendant(s) of: | Parties: **1**; non-parties **1** |
| 6. | Date of <u>status conference</u> (joint status report due two business days in advance): | **December 10, 2020** |
| 7. | Date for completion of factual discovery: | **January 29, 2021** |
| 8. | Are expert witnesses needed? | Yes____ No _____ |
| 8(a). | Number of expert witnesses, if any, of plaintiff(s): | medical **1**; non-medical |
| 8(b). | Date for completion of those expert reports: | **February 22, 2021** |
| 8(c). | Number of expert witnesses, if any, of defendant(s): | medical **1**; non-medical _____ |
| 8(d). | Date for completion of those expert reports: | **March 22, 2021** |
| 9. | Date for completion of expert discovery: | **April 23, 2021** |
| 10. | Date of <u>pretrial conference</u> (brief *ex parte* statements of settlement position due via email two business days in advance): | |
| 11. | Types of contemplated dispositive motions by plaintiff(s) <u>and</u> dates for filing of those motions: | |

| | | |
|---|---|---|
| 12. | Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions: | <u>**Motion to Dismiss**</u><br><br><u>**February 22, 2021**</u> |
| 13. | Have counsel reached any agreements regarding electronic discovery?  (If so, please describe at the initial conference.) | Yes____ No <u>**x**</u> |
| 14. | Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts?  (If so, please describe on a separate page.) | Yes____ No <u>**x**</u> |
| 15. | Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.) | Yes____ No <u>**x**</u> |